UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN A. WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:07-CV-1641-RSL-MJB<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge will:

1.  Follow the five-step sequential evaluation process;

2.  Re-evaluate Plaintiff's past relevant work in light of Plaintiff's statements that he performed two different jobs at Quality Food Center, both of which required work as a cashier, given that classification of past relevant work necessitates consideration of all functions of a particular job; and

Page 1    ORDER - [2:07-CV-1641-RSL-MJB]

3.   Re-evaluate all the evidence of record, including medical opinions from treating, examining, and non-examining medical sources.

The Social Security Administration will vacate the administrative law judge's prior decision and order the administrative law judge on remand to render a de novo hearing decision.

DATED this 5th day of March, 2008.

_____
Robert S. Lasnik
United States District Judge

Presented by:

s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov

Page 2    ORDER - [2:07-CV-1641-RSL-MJB]